UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
HORTENCIA RAMIREZ, individually and on behalf
of others similarly situated,

        Plaintiff,                                  JUDGMENT
v.                                                23-cv-03389-ARR-CLP

LA RUTA DEL TACO CORP., MARIANO RAMALES,
JORGE RAMALES and CIRILO RAMALES,

        Defendants.
------------------------------------------------------------ X

On July 18, 2023, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED and ADJUDGED as follows:

That the Plaintiff, HORTENCIA RAMIREZ, has a judgment against LA RUTA DEL TACO CORP., MARIANO RAMALES, JORGE RAMALES, and CIRILO RAMALES, jointly and severally, in the amount of Nine Thousand Dollars and No Cents ($9,000.00), which is inclusive of attorneys' fees and costs.

Dated: Brooklyn, NY                                             Brenna B. Mahoney
       July 20, 2023                                              Clerk of Court

                                                                         By: */s/Jalitza Poveda*
                                                                              Deputy Clerk